UNITED STATES of America, Plaintiff—Appellee,

v.

Ethan Jerome MOORE, a/k/a Nate, Defendant—Appellant.

No. 10–6174.

United States Court of Appeals, Fourth Circuit.

Submitted: May 20, 2010.

Decided: May 27, 2010.

Ethan Jerome Moore, Appellant Pro Se. Charles T. Miller, United States Attorney, Charleston, West Virginia, for Appellee.

Before WILKINSON, NIEMEYER, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ethan Jerome Moore appeals the district court's order denying as moot his motion for Sentencing Guidelines information. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Moore,* No. 3:99–cr–00090–1 (S.D.W.Va. Jan. 13, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*